## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **V. ERIKA SMITH,** | ) | **Case No. 1:09-cv-2604** |
| | ) | |
| **Plaintiff,** | ) | **Judge Dan Aaron Polster** |
| | ) | |
| **vs.** | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| **BOARD OF TRUSTEES,** | ) | |
| **LAKELAND COMMUNITY** | ) | |
| **COLLEGE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

On October 29, 2010, Defendants filed a Partial Motion for Judgment on the

Pleadings (**Doc #: 22**), moving for dismissal of all individual Defendants from Count One of the

Second Amended Complaint, along with dismissal of Counts Two, Three, and Four in their

entirety.  Plaintiff has not filed an opposition or any other response to Defendants' motion.

Accordingly, because the time for Plaintiff to oppose the motion has long expired, Defendants'

Partial Motion for Judgment on the Pleadings is hereby **GRANTED**.

        **IT IS SO ORDERED**.

                                        */s/Dan Aaron Polster        January 24, 2011*
                                        **Dan Aaron Polster**
                                        **United States District Judge**